

# NUMBER 13-22-00464-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE 7-ELEVEN, INC. AND LOUIE'S BACKYARD, INC.

## On Petition for Writ of Mandamus.

# ORDER

**Before Chief Justice Contreras and Justices Benavides and Tijerina**
**Order Per Curiam**

By petition for writ of mandamus, relators 7-Eleven, Inc. and Louie's Backyard, Inc. contend that the trial court abused its discretion by denying their motions to designate responsible third parties. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 33.004. The Court requests that the real parties in interest, Yomeida Longoria, Emmanuel Guerra, Maranda Longoria, and Robert Cardenas, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the

expiration of ten days from the date of this order. *See* Tᴇx. R. Aᴘᴘ. P. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
11th day of October, 2022.